

# IN THE
# TENTH COURT OF APPEALS

## No. 10-14-00237-CV

MARY ALICE EMANUEL,
ERVIN MITCHEL EMANUEL,
SHIRLEY ANN RIVERS,
JAMES EDWARD EMANUEL,
ROY LEONARD EMANUEL,
CLAUDIA FAY HASHEMI, AND
EVELYN M. DUPLESSIS

                                              **Appellant**

 v.

DARRELL EARL EMANUEL AND
CEDRIC ROYDELL EMANEUL,

                                              **Appellee**

---

**From the 87th District Court**
**Leon County, Texas**
**Trial Court No. 0-10-465**

---

# CITATION & NOTICE OF HEARING

State of Texas       *

                              *

County of Freestone    *

TO: Any Sheriff or Constable of the State of Texas:

You are hereby commanded to personally serve HELEN C. WOOTEN, 714 Kelly Street, Fairfield, Freestone County, Texas, 75840, with this Notice directing the said Helen C. Wooten to appear before this Court in the courtroom of the Tenth Court of Appeals, 501 Washington Avenue, Room 404, Waco, McLennan County, Texas, at 10:00 a.m., on Monday, April 13, 2015, to show cause and explain her delay in filing the reporter's record in the above cause.

Herein Fail Not, but of this Notice, and how you have executed the same make due return hereof, on or before April 2, 2015.

GIVEN UNDER MY HAND AND SEAL OF SAID COURT in the City of Waco, on this 19th day of March, 2015.

_____
Sharri Roessler, Clerk of the Court
Tenth Court of Appeals

---

**OFFICER'S RETURN**

I received the attached Notice of Hearing on _____, 2015 at _____ o'clock ____.m. I have served this Notice as directed on _____, 2015 at _____ o'clock ____.m. in Fairfield, Freestone County, Texas, by personally delivering to the within named Helen C. Wooten a true copy of this Notice with Order attached.

My fees for service are as follows:

Serving Notice . . . $_____

Other: _____ $_____           _____
                                          Typed/Printed Name

TOTAL . . . . .$_____

_____
Title (if any)
County of _____, State of Texas

By:_____
    Deputy